

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

October 28, 2020

**VIA E-MAIL**
Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007



12/8/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

The Clerk of Court is respectfully directed to unseal the case and upload all documents filed to date on the Electronic Case Filing system.
SO ORDERED.

**Re:** *Allstar Marketing Group, LLC v. 4utoto, et al.,* **Case No. 20-cv-8401**
       **Status Letter**

Dear Judge Nathan,

We represent Plaintiff Allstar Marketing Group, LLC ("Plaintiff"), in the above-referenced matter.[1] On October 19, 2020, pursuant to the methods of alternative service authorized by the TRO, Plaintiff served the Summons, Complaint, TRO and all documents filed in support of Plaintiff's Application on each and every Defendant, except Defendants jinshan2013 and niubi11. Additionally, all Third Party Service Providers and Financial Institutions have complied with the TRO entered in this action.

Accordingly, at this time, it is no longer necessary for this matter to remain under seal. Once this matter is unsealed, Plaintiff will promptly file a Certificate of Service reflecting the service made on Defendants.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**
BY: /s/Danielle S. Yamali
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.