```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allstar Marketing Group, LLC,

                Plaintiff,

    -v-

4utoto, et al.,

                Defendants.

20-cv-8401 (AJN)

SEALED ORDER

ALISON J. NATHAN, District Judge:

By October 29, 2020, Plaintiff shall provide a status update in the above-captioned matter, addressing, among other things, whether the Defendants have been served and whether there is good cause to maintain the case sealed. If the Court has not heard from Plaintiff by then, it will unseal the case.

    SO ORDERED.

Dated: October 28, 2020
New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge