```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Allstar Marketing Group, LLC,**

                    **Plaintiff,**

    -against-

**4UTOTO et al.,**

                    **Defendants.**

1:20-cv-08401 (PAE) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Friday, February 18, 2022, Plaintiff shall file on the docket proof of service on Defendants of its Proposed Findings of Fact and Conclusion of Law and related papers (ECF Nos. 47 to 49) and the Court's Scheduling Order (ECF No. 45.)

**SO ORDERED.**

DATED:    New York, New York
              February 14, 2022

_____
STEWART D. AARON
United States Magistrate Judge