UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ALLSTAR MARKETING GROUP, LLC

                Plaintiff,

20 **CIVIL** 8401 (PAE)(SDA)

       -against-                                **DEFAULT JUDGMENT**

4UTOTO, et al.,
                Defendants.
----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated March 28, 2022, the Court has adopted the Report in full. Allstar is awarded $50,000 against each of the 25 defaulting defendants for a total of $1,250,000, plus post-judgment interest; accordingly, the case is closed.

**DATED**: New York, New York
           April 25, 2023

                                        **RUBY J. KRAJICK**
                                           **Clerk of Court**

                **BY:** *K. Mango*
                                            **Deputy Clerk**