Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALLSTAR MARKETING GROUP, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>4UTOTO, ABRABABR_0, ACELECTRONIC11 , BESTTOOL2019, CATHYHAIR, DIRECTIMPORTS1899, DITQKYG_6 , DONGMAKJHG, EASYBUYING368, EAWORLDSTORE, EXCELLBUYING, FUNNYATMOSPHERE, GRACEFULVARA, GUODHSHOP, GZY1_2706, HANIAMAHMUD, JEWELRYZHANG888, JINSHAN2013, JOIN-28 , LAIXIAOQING2012, LILYBEIBEI , LWSTORE2013 , LYNNLYNNSEVEN, MNY19-53, NEWLIVEHAPPY, NEWST12, NIUBI11, NY1994CHUHANYAO1 , NYLIYAN, PASINDUTM, PRIESTLYY, QIANGW21, RED_STAR1689 , S-2344, SAKURA9582, SALEFEEL, SC_STORE9999, SGOSTORE, SHZH_7, STARTINGLINE59, STAYREAL999, ST-EC, SUPER-POWERFUL2019, SXY1_20, TGSBUYS, TITANAHOP, TOPBOSSS, TRADEUS8, TSBUYNOW, WHOLESALEFORCLOTHES , WINEDYA622, WWWON28, XEN-9233, XOVO1894, | **CIVIL ACTION No.**<br>**20-cv-8401 (JHR) (SDA)**<br><br>[PROPOSED] **ORDER**<br>**FOR RETURN OF**<br>**SECURITY BOND** |

YANG_KENT, YHXCLX2010 and YOYOMODEL,

*Defendants*

**GLOSSARY**

| Term | Definition | Docket Entry Number |
|------|-----------|---------------------|
| **Plaintiff or Allstar** | Allstar Marketing Group, LLC | N/A |
| **Defendants** | 4utoto, abrababr_0, acelectronic11 , besttool2019, cathyhair, directimports1899, ditqkyg_6 , dongmakjhg, easybuying368, eaworldstore, excellbuying, funnyatmosphere, gracefulvara, guodhshop, gzy1_2706, haniamahmud, jewelryzhang888, jinshan2013, join-28 , laixiaoqing2012, lilybeibei , lwstore2013 , lynnlynnseven, mny19-53, newlivehappy, newst12, niubi11, ny1994chuhanyao1 , nyliyan, pasindutm, priestlyy, qiangw21, red_star1689 , s-2344, sakura9582, salefeel, sc_store9999, sgostore, shzh_7, startingline59, stayreal999, st-ec, super-powerful2019, sxy1_20, tgsbuys, titanahop, topbosss, tradeus8, tsbuynow, wholesaleforclothes , winedya622, wwwon28, xen-9233, xovo1894, yang_kent, yhxclx2010 and yoyomodel | N/A |
| **Defaulting Defendants** | 4utoto, dongmakjhg, easybuying368, excellbuying, funnyatmosphere, gracefulvara, jewelryzhang888, lilybeibei, newlivehappy, priestlyy, qiangw21, s-2344, sgostore, shzh_7, startingline59, stayreal999, st-ec, topbosss, tradeus8, winedya622, xen-9233, xovo1894, yang_kent, yhxclx2010 and yoyomodel | N/A |
| **eBay** | eBay.com, a San Jose, California-based online marketplace and e-commerce platform owned by eBay Inc., a Delaware corporation, that allows manufacturers and other third-party merchants, like Defendants, to advertise, distribute, offer for sale and/or sell in what it characterizes as either auction-style or fixed-price formats and ship their retail products, which, upon information and belief, originate from China, among other locations, directly to consumers worldwide and specifically to consumers residing in the U.S., including in New York | N/A |
| **Sealing Order** | Order to Seal File entered on October 8, 2020 | N/A |
| **Complaint** | Plaintiff's Complaint filed on October 8, 2020 | Dkt. 7 |
| **Application** | Plaintiff's *Ex Parte* Application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts (as defined *infra*) and Defendants' | Dkts. 11-14 |

i

| | | |
|---|---|---|
| | Assets (as defined *infra*) with the Financial Institutions (as defined *infra*); 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service and 5) an order authorizing expedited discovery filed on October 8, 2020 | |
| **De Marco Dec.** | Declaration of Jennifer De Marco in Support of Plaintiff's Application | Dkt. 14 |
| **Yamali Dec.** | Declaration of Danielle S. Yamali in Support of Plaintiff's Application | Dkt. 13 |
| **TRO** | 1) Temporary Restraining Order; 2) Order Restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; 4) Order Authorizing Bifurcated and Alternative Service; and 5) Order Authorizing Expedited Discovery entered on October 9, 2020 | N/A |
| **PI Order** | March 4, 2021 Preliminary Injunction Order | Dkt. 24 |
| **User Account(s)** | Any and all websites and any and all accounts with online marketplace platforms such as eBay, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Merchant Storefronts** | Any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in Counterfeit Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Socket Shelf Mark** | U.S. Trademark Registration No. 6,153,908 for "SOCKET SHELF" for electronic docking station and charging station for electronic devices in Class 9 | N/A |
| **Socket Shelf Works** | U.S. Copyright Reg. Nos.: PAu 4-030-375 covering the Socket Shelf Commercial, VAu 1-365-330 covering the Socket Shelf Deluxe Packaging, VAu 1-402-004 covering the Socket Shelf Instruction Manual, VAu 1-347-375 covering the Socket Shelf | N/A |

| | | |
|---|---|---|
| | Packaging, VA 2-135-992 covering the Socket Shelf Website and VAu 1-365-333 covering the Socket Shelf Packaging | |
| **Socket Shelf Product** | A unique surge protector device that provides six (6) power outlets and adds two (2) USB charging stations and a shelf to most three-prong outlets | N/A |
| **Counterfeit Products** | Products bearing or used in connection with the Socket Shelf Mark and/or Socket Shelf Works, and/or products in packaging and/or containing labels and/or hang tags bearing the Socket Shelf Mark and/or Socket Shelf Works, and/or bearing or used in connection with marks and/or artwork that are confusingly or substantially similar to the Socket Shelf Mark and/or Socket Shelf Works and/or products that are identical or confusingly or substantially similar to the Socket Shelf Product | N/A |
| **Defendants' Assets** | Any and all money, securities or other property or assets of Defendants (whether said assets are located in the U.S. or abroad) | N/A |
| **Defendants' Financial Accounts** | Any and all financial accounts associated with or utilized by any Defendants or any Defendants' User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) | N/A |
| **Financial Institutions** | Any and all banks, financial institutions, credit card companies and payment processing agencies, such as PayPal Inc. ("PayPal"), Payoneer Inc. ("Payoneer") and PingPong Global Solutions, Inc. ("PingPong") and other companies or agencies that engage in the processing or transfer of money and/or real or personal property of Defendants | N/A |
| **Third Party Service Providers** | Online marketplace platforms, including, without limitation, those owned and operated, directly or indirectly by eBay, as well as any and all as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, offer for sale, sell and/or otherwise deal in Counterfeit Products which are hereinafter identified as a result of any order entered in this action, or otherwise | N/A |
| **Plaintiff's Motion for Default Judgment** | Plaintiff's Motion for Default Judgment and a Permanent Injunction Against Defaulting Defendants filed on August 25, 2021 | 36 |

iii

| | | |
|---|---|---|
| **Futterman Aff.** | Affidavit by Danielle (Yamali) Futterman in Support of Plaintiff's Motion for Default Judgment | 37 |
| **Scheduling Order** | Inquest Scheduling Order for Damages Inquest entered on January 20, 2022 | 45 |
| **Futterman Inquest Aff.** | Affidavit of Danielle (Yamali) Futterman in support of Plaintiff's Request for Statutory Damages | 48 |

The Court, having entered a final default judgment and permanent injunction and having directed the Clerk of Court to close this case, the Court hereby GRANTS Plaintiff's request for the return of the One Hundred Thousand U.S. Dollar ($100,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the One Hundred Thousand U.S. Dollar ($100,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this 17th day of _____March_____, 2026, at _____.m.

_____
HON. JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE